UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DASHONE MARCEL REYNOLDS | CIVIL ACTION |
| VERSUS | NO. 22-606 |
| ORLEANS CRIMINAL DISTRICT COURT | SECTION "R" (2) |

## ORDER

**IT IS ORDERED** that Dashone Renolds's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241[1] is **REFERRED** to the United States Magistrate Judge for a report and recommendation.

New Orleans, Louisiana, this __22nd__ day of May, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 4.